JOSEPH WOOD  [Calif. SBN 103596]
425 California Street, Nineteenth Floor
San Francisco, California  94104
Telephone:     (415) 310-5692
Facsimile:     (415) 391-7979

Attorney for Plaintiff, Robert W. Copple,
on behalf of himself and of all others
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. COPPLE,<br>on behalf of himself and of<br>all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ASTRELLA & RICE, P.C.; BAKER,<br>BURTON & LUNDY, P.C.;<br>ENGSTROM, LIPSCOMB & LACK;<br>GIRARDI & KEESE; J. TYNAN KELLY;<br>KIESEL, BOUCHER & LARSON, LLP;<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP; M. BRIAN<br>McMAHON; O'DONNELL & SHAEFFER,<br>LLP; MICHAEL J. PONCE; FRANCIS O.<br>SCARPULLA; and DOUGLAS A.<br>STACEY,<br><br>    Defendants.<br>_____/ | Case No. C 05 3961 JSW<br><br>**STIPULATION AND ~~REQUEST FOR~~ ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

|     | |
| --- | --- |
| 1 | The parties to the above-named action, through their respective counsel, in order to |
| 2 | accommodate the present illness of plaintiff's counsel, hereby stipulate and agree to the |
| 3 | following: |
| 4 | (a) that the hearing on defendants' pending motion to dismiss, currently set for |
| 5 | 9:00 a.m. on May 19, 2006, should be continued to 9:00 a.m. on June 9, 2006; |
| 6 | (b) that plaintiff's opposition to the motion to dismiss should be made due on |
| 7 | May 12, 2006; and |
| 8 | (c) that the case management conference herein, presently set for immediately |
| 9 | following the hearing on the motion to dismiss on May 19, 2006, should be continued to |
| 10 | immediately following the hearing on the motion to dismiss on June 9, 2006. |
| 11 | The parties respectfully request that the Court issue its order in accordance with the |
| 12 | above-stated stipulation and agreement. **The parties are reminded to submit proposed orders with future filings.** |
| 13 | DATED: April 27, 2006 |

/s/ Joseph Wood
Joseph Wood

Attorney for Plaintiff, Robert W. Copple, on behalf of himself and of all others similarly situated

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

/s/ Ethan P. Schulman
Ethan P. Schulman

Attorneys for Defendants, Astrella & Rice, P.C.; Baker, Burton & Lundy, P.C.; Engstrom, Lipscomb & Lack; Girardi & Keese; J. Tynan Kelly; Kiesel, Boucher & Larson, LLP; Lieff, Cabraser, Heimann & Bernstein, LLP; M. Brian Mcmahon; O'Donnell & Shaeffer, LLP; Michael J. Ponce; Francis O. Scarpulla; and Douglas A. Stacey



GRANTED
/s/ Jeffrey S. White
Judge Jeffrey S. White

May 1, 2006

**STIPULATION AND ~~REQUEST FOR~~ ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE**
*Copple v. Astrella & Rice, P.C., et al.*
Case No. C 05 3961 JSW

1