IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPPLE ET AL, <br><br> Plaintiff, <br><br> v. <br><br> ASTRELLA & RICE, P.C. ET AL, <br><br> Defendant. <br> _____/ | No. C 05-03961 JSW <br><br> **ORDER RE ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND DIRECTING PLAINTIFF'S FORMER COUNSEL TO APPEAR AT HEARING ON JUNE 9, 2006** |

On March 28, 2006, the Court issued an Order to Show Cause to Plaintiffs directing them to show cause as to why this case should not be dismissed without prejudice for failure to serve the Defendants within the time period provided by Rule 4(m) and the additional time granted by the Court. Plaintiffs were ordered to file a written response to the Court by no later than April 14, 2006.

The Court has not received a response to the Order to Show Cause. Accordingly, Plaintiffs shall be prepared to address the Order to Show Cause at the hearing on June 9, 2006, at 9:00 a.m. in Courtroom 2 of this Court, and Plaintiffs' former counsel, Ernest M. Thayer is ORDERED to appear at that hearing.

**IT IS SO ORDERED.**

Dated: June 7, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE