IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. COPPLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRELLA & RICE, P.C., et al.,<br><br>    Defendants.<br>_____/ | No. C 05-03961 JSW<br><br>**ORDER GRANTING DEENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' ATTORNEYS' FEES SUBMISSION AND MOTION FOR SANCTIONS** |

This matter comes before the Court upon consideration of Defendants' motion for administrative relief to file reply memorandum in support of Defendants' attorneys' fees submission and motion for sanctions. Having considered the motion, and the fact that Plaintiffs have not filed an opposition within the time period required by the Local Rules, the Court finds good cause to GRANT the motion. The reply is deemed filed and the matter is taken under submission.

**IT IS SO ORDERED.**

Dated: July 17, 2006

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE