ETHAN P. SCHULMAN [Calif. SBN 112466]
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 434-1600
Facsimile: (415) 217-5910

Attorneys for Class Counsel Defendants


JOSEPH WOOD [Calif. SBN 103596]
425 California Street, Nineteenth Floor
San Francisco, California 94104
Telephone: (415) 310-5692
Facsimile: (415) 391-7979

Attorney for Plaintiff, Robert W. Copple,
on behalf of himself and of all others
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. COPPLE, on behalf of himself and of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRELLA & RICE, P.C.; BAKER, BURTON & LUNDY, P.C.; ENGSTROM, LIPSCOMB & LACK; GIRARDI & KEESE; J. TYNAN KELLY; KIESEL, BOUCHER & LARSON, LLP; LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP; M. BRIAN McMAHON; O'DONNELL & SHAEFFER, LLP; MICHAEL J. PONCE; FRANCIS O. SCARPULLA; and DOUGLAS A. STACEY,<br><br>Defendants. | Case No. C 05 3961 JSW<br><br>[Proposed] **ORDER PURSUANT TO STIPULATION ADDING TO THE RECORD INADVERTENTLY OMITTED PAGE OF DOCUMENT AS TO WHICH JUDICIAL NOTICE WAS REQUESTED BY DEFENDANTS** |

[Proposed] ORDER PURSUANT TO STIPULATION ADDING TO THE RECORD INADVERTENTLY
OMITTED PAGE OF DOCUMENT AS TO WHICH JUDICIAL NOTICE WAS REQUESTED BY
DEFENDANTS
*Copple v. Astrella & Rice, P.C., et al.*; Case No. C 05 3961 JSW

| | |
|---|---|
| 1 | Pursuant to the stipulation of the parties, and good cause appearing, |
| 2 | IT IS HEREBY ORDERED that the one-page computer printout attached as |
| 3 | Exhibit A hereto shall be added to the record in this action as the first page of Exhibit D to |
| 4 | DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO |
| 5 | DISMISS COMPLAINT, filed herein on April 12, 2006. |
| 6 | DATED: August 21, 2006 |

_____
United States District Judge
*/s/ Jeffrey S. White*

[Proposed] ORDER PURSUANT TO STIPULATION ADDING TO THE RECORD INADVERTENTLY OMITTED PAGE OF DOCUMENT AS TO WHICH JUDICIAL NOTICE WAS REQUESTED BY DEFENDANTS
*Copple v. Astrella & Rice, P.C., et al.*; Case No. C 05 3961 JSW

1

# EXHIBIT A

Court: CA Superior Court County of San Diego

Judge: J Haden

LexisNexis File & Serve Reviewed Filing ID: 2712375

Date: 12/10/2003

Case Number: JCCP4221 4224 4226 4228

Case Name: In re: Natural Gas Anti-Trust Cases I II III IV (JCCP)

Order signed on December 10, 2003.

Modification:

Word "Proposed" stricken from the title of the document and at footer on all pages of order.

/s/ Judge J Haden