ETHAN P. SCHULMAN  [Calif. SBN 112466]
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111
Telephone:   (415) 434-1600
Facsimile:   (415) 217-5910

Attorneys for Class Counsel Defendants


JOSEPH WOOD  [Calif. SBN 103596]
425 California Street, Nineteenth Floor
San Francisco, California  94104
Telephone:   (415) 310-5692
Facsimile:   (415) 391-7979

Attorney for Plaintiff, Robert W. Copple,
on behalf of himself and of all others
similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. COPPLE, on behalf of himself and of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ASTRELLA & RICE, P.C.; BAKER, BURTON & LUNDY, P.C.; ENGSTROM, LIPSCOMB & LACK; GIRARDI & KEESE; J. TYNAN KELLY; KIESEL, BOUCHER & LARSON, LLP; LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP; M. BRIAN McMAHON; O'DONNELL & SHAEFFER, LLP; MICHAEL J. PONCE; FRANCIS O. SCARPULLA; and DOUGLAS A. STACEY,<br><br>    Defendants.<br>_____/ | Case No. C 05 3961 JSW<br><br>**[Proposed] ORDER RE DEFENDANTS' REQUEST FOR ATTORNEY'S FEES** |

Pursuant to the request of the parties, and good cause appearing,

IT IS HEREBY ORDERED: (1) that the date for either submission by the parties of a stipulation as to the amount of attorney's fees to be awarded to defendants pursuant to the Court's August 9, 2006 order granting in part and denying in part defendants' motion for Rule 11 sanctions, or submission by defendants of a revised declaration in support of such fees, shall be extended to September 11, 2006; and (2) if such a revised declaration is submitted, plaintiff shall have until September 21, 2006 to submit a response thereto.

DATED: August 29, 2006



_____
United States District Judge

**[Proposed] ORDER RE DEFENDANTS' REQUEST FOR ATTORNEY'S FEES.**
*Copple v. Astrella & Rice, P.C., et al.*; Case No. C 05 3961 JSW     1