IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. COPPLE, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRELLA & RICE, P.C., et al.,<br><br>    Defendants.<br>_____/ | No. C 05-03961 JSW<br><br>**ORDER APPROVING STIPULATION REGARDING ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SANCTIONS AND SETTING FEE AWARD** |

      On August 9, 2006, this Court granted in part and denied in part Defendants' motion for sanctions pursuant to Rule 11 but reserved ruling on the amount of fees. Pursuant to the Stipulation filed by the parties on September 1, 2006, it is HEREBY ORDERED:

1. The reasonable amount of attorneys' fees and costs incurred by Class Counsel Defendants in this action is forty-five thousand dollars ($45,000.00).

2. The parties' Stipulation shall not be construed as a waiver of any right Wood or Plaintiff may have to appeal or otherwise contest the Court's August 9, 2006 Order Granting in Part and Denying in Part Defendants' Motion for Sanctions.

3. Payment in full of such fees and costs ($45,000.00) shall be made to counsel for Class Counsel Defendants no later than 30 days after the entry of this Order. Any such payment shall be without waiver of any right Wood or Plaintiff may have to appeal or otherwise contest the Court's August 9, 2006 Order Granting in

Part and Denying in Part Defendants' Motion for Sanctions.

**IT IS SO ORDERED.**

Dated: September 5, 2006

                                                                                               _/s/ Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE